AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:13-cv-00052-DSD-TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Ronald A. Frisbie

Date of Service:     January 11, 2013

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at defendant's usual place of abode with (name of person):

_____
_____

__X__ Other (specify):

By agreement of counsel, Rachel Cowen of DLA Piper, 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1293, counsel of record for Defendant, accepted service by email of the summons and complaint on behalf of Ronald A. Frisbie.

____ Returned unexecuted (reason):

_____
_____

**Service Fees:**    Travel $ N/A    Service $ N/A    Total $ N/A

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     Jyotin Hamid

Signature of Server:     *[signature]*

Date:     January 11, 2013

Server's Address:     Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022