# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Smiths Group, plc,

                              *Plaintiff,*

v.                                                Case No. 0:13−cv−00052−DSD−TNL

Ronald A. Frisbie,

                              *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Ronald A. Frisbie

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Lawrence M. Shapiro
        222 S 9th St Ste 2200
        Mpls, MN
        55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:

                                               Signature of Clerk or Deputy Clerk
                                               Janelle Zuech

Date of Issuance:   January 7, 2013

# Summons and Complaint Return of Service

Case No. 0:13–cv–00052–DSD–TNL

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Ronald A. Frisbie

Date of Service: January 11, 2013

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

_X_ Other (specify):
By agreement of counsel, Rachel Cowen of DLA Piper, 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1293, counsel of record for Defendant, accepted service by email of the summons and complaint on behalf of Ronald A. Frisbie.

___ Returned unexecuted (reason):

**Service Fees:** Travel $ N/A   Service $ N/A   Total $ N/A

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Jyotin Hamid

Signature of Server:

Date: January 11, 2013

Server's Address: Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022