UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMITHS GROUP, PLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RONALD A. FRISBIE,<br><br>　　　　　　　Defendant. | Case No. 0:13-cv-00052-DSD-TNL<br><br>**LR 7.1 (c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF SMITHS GROUP, PLC'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY** |

　　　　I, Lawrence M. Shapiro, certify that Plaintiff Smiths Group, plc's Memorandum of Law in Support of its Motion for a Temporary Restraining Order and Expedited Discovery complies with Local Rule 7.1(c).

　　　　I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2007, in Times New Roman font, 13 point font, and that this word processing program has been applied specifically to all text, including headings, footnotes, and quotations in the following word count.

　　　　I further certify that the above-referenced memorandum contains 5,776 words.

Dated: January 14, 2013

**GREENE ESPEL PLLP**

 s/ Lawrence M. Shapiro
Lawrence M. Shapiro, Reg. No. #130886
Campbell Mithun Tower – Suite 2200
222 South Ninth Street
Minneapolis, Minnesota 55402
lshapiro@greeneespel.com
(612) 373-8325

-and-

**DEBEVOISE & PLIMPTON LLP**
Jyotin Hamid, Esq.*
Claire Martirosian, Esq.*
919 Third Avenue
New York, New York 10022
(212) 909-1031
   *Admitted *pro hac vice*

*Counsel for Plaintiff Smiths Group, plc*