**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SMITHS GROUP, PLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-00052-DSD-TNL |
| ) | |
| RONALD A. FRISBIE, ) | |
| ) | |
| Defendant. ) | |

**LOCAL RULE 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Sonya R. Braunschweig, certify that Defendant's Opposition To Plaintiff's Motion For TRO complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft® Office 2010 word-processing software and that this word processing tool has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 7,776 words, excluding the case caption and signature block.

Dated: January 16, 2012        By  s/Sonya R. Braunschweig
                                                               Alan L. Kildow, Bar No. 143133
                                                               Sonya R. Braunschweig, Bar No. 290282
                                                                DLA Piper LLP (US)
                                                                80 South Eighth Street, Suite 2800
                                                                Minneapolis, Minnesota  55402
                                                                Telephone:   612.524.3000
                                                                Facsimile:    612.524.3001
                                                                alan.kildow@dlapiper.com
                                                                sonya.braunschweig@dlapiper.com

                                                                Michael J. Sheehan (admitted *pro hac vice*)
                                                                Rachel B. Cowen (admitted *pro hac vice*)
                                                                DLA Piper LLP (US)
                                                                203 North LaSalle Street, Suite 1900
                                                                Chicago, Illinois  60601
                                                                Telephone:   312. 368.4000
                                                                Facsimile:    312.236.7516
                                                                michael.sheehan@dlapiper.com
                                                                rachel.cowen@dlapiper.com

                                                Attorneys for Defendant Ronald A. Frisbie

WEST\240347459.1