UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMITHS GROUP, PLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 13-cv-00052-DSD-TNL |
| RONALD A. FRISBIE, | ) ) ) |
| Defendant. | ) |

### DECLARATION OF JONATHAN WYGANT

Jonathan Wygant, being duly sworn upon oath, states and alleges as follows:

1. I am a currently employed as CareFusion's Finance VP and Assistant Controller. Responsible for the accounting and external reporting function within CareFusion.

2. I have personal knowledge of the facts stated herein.

3. The aggregate annual revenue CareFusion generates for US sales of that Airway/Respiratory Products Smiths Medical also claims it sells, and Syringe Infusion Pumps account for less than 3% of CareFusion's overall annual revenue.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2013

_____
Jonathan Wygant

WEST\240347760.1