IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SMITHS GROUP, PLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RONALD A. FRISBIE,<br><br>　　　　　Defendant. | Case No. 13-cv-00052 (DSD/TNL) |

## SUPPLEMENTAL DECLARATION OF JYOTIN HAMID

I, JYOTIN HAMID, being duly sworn under oath, depose and say:

1.　I am over the age of 18 and competent to testify. I am a member of Debevoise & Plimpton LLP, attorneys for Plaintiff Smiths Group, plc. I submit this supplemental declaration in support of Plaintiff's motion for a temporary restraining order and expedited discovery.

2.　Attached as Exhibit A is a true and accurate copy of the Verified Complaint for Injunctive and Other Relief filed in *CareFusion Corp. v. Ryding, et al.*, Case No. 12CH3460 in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

3.　Attached as Exhibit B is a true and accurate copy of the Affidavit of Kieran Gallahue filed in *CareFusion Corp. v. Ryding, et al.*, Case No. 12CH3460 in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois.

\*   \*   \*

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2013 at Minneapolis, Minnesota.

                                                        Jyotin Hamid