**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| SMITHS GROUP, PLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-00052-DSD-TNL |
| | ) | |
| RONALD A. FRISBIE, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RONALD A. FRISBIE'S**
**NOTICE OF HEARING ON MOTION TO DISMISS**

PLEASE TAKE NOTICE that on March 22, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Ronald A. Frisbie, will bring his Motion to Dismiss on for hearing before the Honorable Senior Judge David S. Doty, United States District Court for the District of Minnesota, at 14 W U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

PLEASE TAKE FURTHER NOTICE that a total of 30 minutes will be allowed for the hearing on the motion, 15 minutes per side.

The motion will be based upon this notice, the motion to dismiss and memorandum in support of the motion that will be filed together with all supporting affidavits, papers on file in this action, any argument given at the hearing on this motion, and upon any other information the Court deems appropriate.

2

Dated:  January 28, 2013                    By   s/Sonya R. Braunschweig

Alan L. Kildow, Bar No. 143133
Sonya R. Braunschweig, Bar No. 290282
DLA Piper LLP (US)
80 South Eighth Street, Suite 2800
Minneapolis, Minnesota  55402
Telephone:   612.524.3000
Facsimile:    612.524.3001
alan.kildow@dlapiper.com
sonya.braunschweig@dlapiper.com

Michael J. Sheehan (admitted *pro hac vice*)
Rachel B. Cowen (admitted *pro hac vice*)
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois  60601
Telephone:   312. 368.4000
Facsimile:    312.236.7516
michael.sheehan@dlapiper.com
rachel.cowen@dlapiper.com

Attorneys for Defendant Ronald A. Frisbie