# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| Smiths Group, plc, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Tony N. Leung |
| v. | U.S. Magistrate Judge |
| Ronald A. Frisbie, | |
| Defendant. | |

| | |
|---|---|
| Case No: | 13-cv-52 |
| Date: | February 5, 2013 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 5:10 p.m. |
| Time Concluded: | 6:03 p.m. |
| Time in Court: | 0 Hours & 53 Minutes |

**APPEARANCES:**

For Plaintiff:   Jyotin Hamid, Debevoise & Plimpton LLP, for Plaintiff
For Defendant:   Raj Shah, Sonya Braunschweig, DLA Piper LLP, for Defendant

**ORDER TO BE SUBMITTED BY:**   ☒ **COURT**   ☐ **PLAINTIFF**   ☐ **DEFENDANT**

The parties filed letters concerning a discovery dispute (*see* Docket Nos. 41, 42) and submitted the issue to the Court on an informal basis via telephone conference. After hearing the arguments of counsel, the Court ordered that: (1) Plaintiff shall make Mr. Seshadri available for deposition as an individual for seven hours; (2) Plaintiff shall produce an unredacted copy of Exhibit C to Mr. Seshadri's supplemental declaration designated as "Attorneys' Eyes Only;" and (3) Plaintiff shall produce a list of its products currently for sale that it asserts are in competition with CareFusion products. The Court ordered such production to occur by 5:00 p.m. central standard time on Wednesday, February 6, 2013. The Court deferred ruling on whether Mr. Seshadri is Plaintiff's representative under Federal Rule of Civil Procedure 30(b)(6) and encouraged the parties to agree to produce the remaining documents at issue with an "Attorneys' Eyes Only" designation.

☐ ORDER TO BE ISSUED   ☒ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

s/CMP
Signature of Law Clerk
