UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

SMITHS GROUP, PLC,

                                        Case  No. 0:13-cv-00052-DSD-TNL
                    Plaintiff,

        vs.                             **MOTION FOR A
                                        PRELIMINARY
                                        INJUNCTION**


RONALD A. FRISBIE,

                        Defendant.

_____


        Plaintiff Smiths Group, plc ("Plaintiff") hereby moves the Court for a Preliminary

Injunction, enjoining Defendant Ronald A. Frisbie ("Defendant") from:

1.  rendering services anywhere in the United States in connection with the design,
    development or manufacture of any CareFusion infusion or respiratory
    products; and

2.  using or disclosing any confidential information of Smiths Medical.

        This motion is based on the pleadings, records and proceedings herein, including

the accompanying Memorandum of Law and Declaration, as well as the Memorandum of

Law, Reply Memorandum of Law and Declarations and Supplemental Declarations

submitted in support of Plaintiff's prior Motion for a Temporary Restraining Order.


Dated: February 6, 2013

Respectfully submitted,

GREENE ESPEL PLLP

s/ Lawrence M. Shapiro
Lawrence M. Shapiro, P.A., #130886
Campbell Mithun Tower – Suite 2200
222 South Ninth Street
Minneapolis, Minnesota 55402
(612) 373-8325

      -and-

DEBEVOISE & PLIMPTON LLP
Jyotin Hamid, Esq.*
Claire Martirosian, Esq.*
919 Third Avenue
New York, New York 10022
(212) 909-1031
*Admitted *pro hac vice*

*Counsel for Plaintiff Smiths Group, plc*