UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

SMITHS GROUP, PLC,

                       Plaintiff,

vs.

RONALD A. FRISBIE,

                       Defendant.

_____

Case No. 0:13-cv-00052-DSD-TNL

**NOTICE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, on February 15, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, 300 South Fourth Street, Courtroom 14W, Minneapolis, Minnesota 55415, before The Honorable David S. Doty, Plaintiff Smiths Group, plc ("Plaintiff") will move the Court for a Preliminary Injunction, enjoining Defendant Ronald A. Frisbie from:

1. rendering services anywhere in the United States in connection with the design, development or manufacture of any CareFusion pumps or respiratory products; and

2. using or disclosing any confidential information of Smiths Medical.

This motion is based on the pleadings, records and proceedings herein, including the accompanying Memorandum of Law and Declaration, as well as the Memorandum of

Law, Reply Memorandum of Law and Declarations and Supplemental Declarations submitted in support of Plaintiff's prior Motion for a Temporary Restraining Order.

Dated: February 6, 2013

                                                Respectfully submitted,

                                                GREENE ESPEL PLLP

                                                <u>s/ Lawrence M. Shapiro</u>
                                                Lawrence M. Shapiro, P.A., #130886
                                                Campbell Mithun Tower – Suite 2200
                                                222 South Ninth Street
                                                Minneapolis, Minnesota 55402
                                                (612) 373-8325

                                                        -and-

                                                DEBEVOISE & PLIMPTON LLP
                                                Jyotin Hamid, Esq.*
                                                Claire Martirosian, Esq.*
                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 909-1031
                                                *Admitted *pro hac vice*

                                                *Counsel for Plaintiff Smiths Group, plc*