UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---------------------------------------------------------------

SMITHS GROUP, PLC,

                  Plaintiff,

vs.

RONALD A. FRISBIE,

                  Defendant.

Case No. 0:13-cv-00052-DSD-TNL

---------------------------------------------------------------

## **DECLARATION OF JYOTIN HAMID**

I, JYOTIN HAMID, being duly sworn under oath, depose and say:

1. I am over the age of 18 and competent to testify. I am a member of Debevoise & Plimpton LLP, attorneys for Plaintiff Smiths Group, plc. I submit this declaration in support of Plaintiff's motion for a preliminary injunction.

2. Attached as Exhibit A is a true and accurate copy of a document produced by Defendant on February 5, 2013, stamped Frisbie000427-Frisbie000437. The document is an electronic mail from Ronald A. Frisbie to Roger Marchetti, dated January 3, 3013, attaching a redacted version of a signed offer of employment as Executive Vice President, Global Manufacturing and Supply of CareFusion Corporation.

3. On February 5, 2013, I requested of counsel for Defendant a complete and unredacted version of the offer of employment extended to Mr. Frisbie by CareFusion Corporation. I informed counsel that the information redacted from this document is

1

highly relevant to issues addressed in our motion for a preliminary injunction, including the balance of equities and harms and the appropriate bond to be posted as security.

4. Defendant's counsel refused to produce to me an unredacted version of the document prior to the filing deadline for my preliminary injunction motion papers.

\* \* \*

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of February, 2013 in New York, New York.

/s/*Jyotin Hamid*
Jyotin Hamid