# DECLARATION OF SRINIVASAN SESHADRI
# EXHIBIT INDEX
# COURT FILE No. 0:13-cv-00052 DSD/TNL

| | |
|---|---|
| A | Ronald A. Frisbie Terms of Employment Contract; Agreement Concerning Confidential Information, Competition and Assignment of Inventions |
| B | The Smiths Group Annual Report 2012 (excerpt) |
| C | Alaris System Product Page from CareFusion website |
| D | CareFusion Brochure on Infusion Products |
| E | Smiths Group Confidential Competitive Analysis (excerpt) |
| F | Smiths Group Confidential Competitive Analysis (excerpt) |
| G | Guardrails Suite MX Product Page from CareFusion website |
| H | Smiths Medical's Strategic Plan (excerpt) |
| I | Smiths Group Confidential Competitive Analysis |
| J | Smiths Medical Business Plan (excerpt) |
| K | MedSystem III Product Page from CareFusion website |
| L | Smiths Medical Strategic Planning Document (excerpt) |
| M | Infusion Accessories Page from CareFusion website |
| N | Smiths Medical/CareFusion Respiratory Products Competition Spreadsheet |
| O | AirLife Respiratory Products page from CareFusion website |
| P | Ronald Frisbie bio from CareFusion website |