EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

SMITHS GROUP, PLC,

           Plaintiff,

vs.

RONALD A. FRISBIE,

           Defendant.

Case No. 0:13-cv-00052-DSD-TNL

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between the parties, by their undersigned counsel, that, pursuant to a settlement agreement reached between the parties, (i) this action, including all claims asserted herein, shall be dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure; (ii) the bond issued by Colonial American Casualty and Surety Company ("Colonial"), on January 29, 2013, in the connection with the order issued by this Court on January 24, 2013 (the "TRO Bond") is hereby released; and (iii) Smiths Group plc and its bonding company on the TRO Bond, Colonial, are discharged and released from any further liability.

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP<br>*Attorneys for Plaintiff*<br>919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br><br>By: _____<br>Jyotin Hamid (admitted *pro hac vice*) | DLA PIPER LLP (US)<br>*Attorneys for Defendant*<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601<br>(312) 368-4000<br><br>By: _____<br>Raj N. Shah (admitted *pro hac vice*) |

23836555v1
23837368v2
EAST\55041588.1
23837566v3