UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SMITHS GROUP, PLC, )
) Case No. 0:13-CV-00052-DSD-TNL
)
Plaintiff, )
) ORDER
v. )
)
RONALD A. FRISBIE, )
)
Defendant. )
)
)

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. No. 58) entered into in accordance with the parties' confidential settlement agreement, seeking a dismissal with prejudice and other relief as set forth therein,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice.

Dated: February 14, 2013         s/David S. Doty
                                 David S. Doty, Judge
                                 United States District Court